# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-09673 DDP<br>[CR 12-00681] (JS-6) | Date | May 11, 2017 |

Title    ARCHIBALD LOAIZA -V- UNITED STATES OF AMERICA

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

Proceedings:

## MINUTE ORDER (IN CHAMBERS)

In light of Petitioner's written request to withdraw the petition (Dkt 5), the petition is hereby DISMISSED, without prejudice as to its re-filling within the applicable limitations period.  See, e.g.. Kontogiannis v. United States, No. 08cv1373-LAB, 2012 WL 4338797 at *2 (S.D. Cal. Sept. 20, 2012).

| | : | N / A |
|---|---|---|
| | Initials of Preparer | PG |